■ WALTER ROBERTS, Appellant, v. IDRIS DAVIES, SR., Respondent. MARGARET ROBERTS, Plaintiff, v. IDRIS DAVIES, SR., Defendant.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal by plaintiff Walter

Roberts from an order of Monroe Special Term directing plaintiff to submit to physical examination at the office of defendant's doctor, and in the presence of plaintiff's counsel.) Present — Vaughan, J. P., Kimball, Williams, Bastow and Goldman, JJ.